UNITED STATES of America, Plaintiff–Appellee,

v.

William SLATTERY, Defendant–Appellant.

No. 13–50275.

United States Court of Appeals, Ninth Circuit.

 

Submitted June 12, 2014.*

Filed June 17, 2014.

Jean–Claude Andre, Assistant U.S., Patricia A. Donahue, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Anthony Eaglin, Esquire, Attorney At Law, Los Angeles, CA, for Defendant–Appellant.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

#### MEMORANDUM **

William Slattery appeals from the district court's judgment and challenges the revocation of supervised release and the 24–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Slattery's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Slattery the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.